ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant,
KATIA ELIZABETH DIAZ

*E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-04-20193 RMW |
|---|---|
| Plaintiff, | STIPULATION RESCHEDULING SENTENCING HEARING AND ORDER THEREON |
| vs. | |
| RAMON ALVAREZ VELASQUEZ, ET AL., | |
| Defendants. | |

IT IS STIPULATED by and between the parties and based upon such stipulation it is hereby ordered, that Defendant KATIA DIAZ' sentencing hearing, currently scheduled for Monday, April 16, 2007, at 9:00 am, be continued and a new sentencing hearing date of Monday, June 25, 2007 at 9:00 am be set.  This continuance is required in order for the preliminary sentencing report to be completed.

IT IS SO STIPULATED.

DATED:  April 13, 2007                    CAREY & CAREY


                                          /s/
                                          ROBERT E. CAREY, JR. Attorneys for
                                          Defendant KATIA ELIZABETH DIAZ

///

1  ///

3  DATED: _____, 2007     UNITED STATES OF AMERICA,

6                                         /s/
                                        BARBARA SILANO,
7                                       ASSISTANT U.S. ATTORNEY

9  IT IS SO ORDERED.

12                                      *Ronald M. Whyte*
   DATED:   6/6    , 2007         _____
13                                      HON. RONALD M. WHYTE
                                        U.S. DISTRICT COURT JUDGE